Jose Marco Antonio de Jesus
NICOLAS; et al.,
Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–74352.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 16, 2007.*

Filed Jan. 18, 2007.

Jose Marco Antonio de Jesus Nicolas,
Van Nuys, CA, pro se.

Maria Felix de Lourdes Padua Gomez,
Van Nuys, CA, pro se.

CAC–District Counsel, Esq., Office of
the District Counsel Department of
Homeland Security, Los Angeles, CA,
Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel Department of
Homeland Security, San Francisco, CA,
Carol Federighi, Esq., Song Park, Esq.,
DOJ–U.S. Department of Justice Civil
Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, PAEZ and
BYBEE, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM \*\*

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**